IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JAMES TONY McNEILL, )
)
        Petitioner, )
)
v. )   1:06CV1066
)   1:04CR127-1
UNITED STATES OF AMERICA, )
)
        Respondent. )

### J U D G M E N T

On December 12, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is dismissed <u>sua sponte</u> without prejudice to Petitioner filing a corrected motion on the proper § 2255 forms, and that finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is denied.

                                                    /s/ James A. Beaty
                                                    United States District Judge

February 5, 2007